United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CLIFTON MURIE,

        Plaintiff,

    v.

DANIEL SHUGAR, and others,

        Defendants.

Case Nos.  5:25-cv-00809 NC

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable P. Casey Pitts for consideration of whether the case is related to 5:24-cv-09647 PCP, *Mariel Weber v. Nextracker, Inc., and others.*

**IT IS SO ORDERED.**

Dated: February 5, 2025

_____

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 25-cv-00809 NC
SUA SPONTE JUDICIAL REFERRAL